### 482.   AGER *v.* THE STATE.

POWELL, J. 1. The name "Americus Furniture & Undertaking Company" connotes a corporation; an allegation, in a criminal accusation, that this company is a corporation, is surplusage and need not be proved. The admission of secondary evidence tending to prove such allegation is therefore harmless error, where the corporate entity has not been put in issue. *Crawford* v. *State,* 68 *Ga.* 822; *Mattox* v. *State,* 115 *Ga.* 221, 41 S. E. 700; *Alsobrook* v. *State,* 126 *Ga.* 102, 54 S. E. 805.

2. In a case of cheating and swindling, to give in charge to the jury section 31 of the Penal Code, without more, is not sufficient compliance with a written request to charge that "intention is an essential ingredient, and it must be proved beyond a reasonable doubt, and, before you will be authorized to convict, it must appear that it was the intention of the defendant at the time to cheat and defraud the prosecutor." *Crawford* v. *State,* 117 *Ga.* 251, 252, 43 S. E. 762; *Mulkey* v. *State,* 1 *Ga. App.* 521, 57 S. E. 1022.

3. No other error appears.    *Judgment reversed.*

Accusation of cheating and swindling, from city court of Americus—Judge Crisp. April 15, 1907.

Submitted May 27,—Decided June 17, 1907.

*Howell B. Simmons,* for plaintiff in error.

*Zach. Childers, solicitor,* contra.